LAW OFFICES OF JONG YUN KIM
JONG YUN KIM, ESQ. (SBN 272176)
3600 WILSHIRE BLVD., SUITE 2226
LOS ANGELES, CA 90010
TEL. (213) 351-9400
FAX. (213) 736-6514
EMAIL. JONGKIMLAW@HOTMAIL.COM

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park**, <br><br> Plaintiff, <br><br> vs. <br><br> **3 Jays Properties, LLC**, a California limited liability company; and Does 1-10 inclusive, <br><br> Defendant | **Case No.: 2:19-cv-01194-RGK-KS** <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

In accordance with the Court's Standing Order, and Local Rule 16-15.7, Plaintiff hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated:  April 24, 2019

By: /Jong Yun Kim/
Jong Yun Kim, Esq.
Attorney for Plaintiff

NOTICE OF SETTLEMENT